IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

OCT - 3 2022
SCANNED

DARRIMAS JONES
Plaintiff

AUGUST TERM, 20 22

v.

NO. 002457

ATLAS CONTAINER CORP, ET
Defendant

### RETURN OF SERVICE/AFFIDAVIT

I, Cpl Massie #315, hereby certify that I served a true and correct copy of the Complaint / Notice of Appeal / Rule on Andre Waite,
(Insert Name of Party)

1) By handing a copy to the Defendant / Appellee, ANDRE A. WAITE,

on the 7 day of September, 20 22, at 1453 AM/PM at 5303 Chrysler Way Upper Marlboro Md 20772, ~~Philadelphia, PA.~~ Md. 20772

2) By handing a copy to Andre Waite, an adult member of the family/adult person in charge of Defendant's / Appellee's residence,

on the ___ day of _____, 20_____, at _____ AM/PM, at _____, Philadelphia, PA.

I verify that the statements in this Return of Service are true and correct. I further verify that I am an adult over the age of 18 and not related to any party in this action. I understand that this unsworn document contains statements that are made subject to the penalties of 18 P.C.S. §4904 relating to unsworn falsification to authorities.

Sworn to and Affirmed
This 7th day Sept 20 22

_Jawam M_
Notary Public
(SEAL)

Cpl Massie #315 (Sign)
Cpl Massie #315 (Print Name)

Return of Service – rev. 4-27-15